UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICK BONHEUR,

                Plaintiff,

  -against-

JO ANNE B. BARNHART,
Commissioner of Social Security

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 4094 (JG)

An Order of Honorable John Gleeson, United States District Judge, having been filed on July 19, 2005, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further proceedings, including but not limited to a new hearing and a new decision; it is

ORDERED and ADJUDGED that judgment is hereby entered reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further proceedings, including but not limited to a new hearing and a new decision.

Dated: Brooklyn, New York
        July 20, 2005

                                                 s/Robert C. Heinemann
                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court